IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RICKY ASHLEY                                                                                                          PLAINTIFF
#10110-12

V.                                      NO: 4:12CV00467 JMM/HDY

SUSAN WEBBER WRIGHT *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of August, 2012.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE